IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Bryan James Gardner, | ) | No. CV 16-302-TUC-JAS (EJM) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| JT Shartle, | ) | |
| Respondent. | ) | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Markovich. As the Court finds that the Report and Recommendation appropriately resolved the §2241 petition, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 16) is accepted and adopted.

(2) The §2241 petition is denied, the request for submission and judgment (Doc. 15) is denied, and this case is dismissed with prejudice. The Clerk of the Court shall enter judgment and close the file in this case.

DATED this 18th day of September, 2017.

James A. Soto
United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).